**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

JOHNNY A. HOOKS,                              )
                                             )
                         Plaintiff,          )
                                             )
vs.                                          )      CIV-12-426-FHS-SPS
                                             )
CAROLYN W, COLVIN[1], Acting                 )
Commissioner Social Security                 )
Administration,                              )
                                             )
                         Defendant.          )

## ORDER

On March 12, 2014, the United States Magistrate Judge for
this District filed Findings and Recommendations in this case.
No objection was filed so the Findings are deemed confessed.

The Findings and Recommendations suggest that the case be
**REVERSED AND REMANDED** for further administrative proceedings.
This Court finds the Findings of the Magistrate Judge applied the
proper standards and documents numerous references to the record
which support the recommendation of the Magistrate Judge that the
Secretary's decision be **REVERSED AND REMANDED.**

Upon consideration of the entire record and the issues
herein, this Court finds and orders that the Findings and

---

[1]The Court has been informed by Defendant that on February
14, 2013, Carolyn W. Colvin became the Acting Commissioner of
Social Security.  Pursuant to Rule 25 (d) of the Federal Rules of
Civil Procedure, Carolyn W. Colvin is automatically substituted
for Michael J. Astrue as the defendant in this action.  Thus,
this suit will proceed with this substitution in effect. See 42
U.S.C. Sec. 405 (g) ("Any action instituted in accordance with
this subsection shall survive notwithstanding any change in the
person occupying the office of Commissioner of Social Security or
any vacancy in such office.")

Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order. Accordingly, this case is **REVERSED AND REMANDED** to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 28th day of March, 2014.


Frank H. Seay
United States District Judge
Eastern District of Oklahoma